UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> YANG YI, <br><br> Defendant. | Civil Action No. 7:18-cv-03268-CS |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Yang Yi ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. The Defendant was assigned the IP Address 98.113.15.98. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Defendant has not filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 14, 2019

Respectfully Submitted,

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq. (KC-3347)
80 Red Schoolhouse Road, Suite 110
Spring Valley, NY 10977
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway, Esq.*